UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL FRIEDLANDER, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.

Case No. 19-cv-02890-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 17, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: December 1, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 1, 2020.

DESIGNATION OF EXPERTS: January 10, 2020; REBUTTAL: January 31, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 1, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; July 10, 2020, 2020;
    Opp. Due: July 24, 2020; Reply Due: July 31, 2020;
    and set for hearing no later than August 14, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: September 22, 2020 at 3:30 PM.

Jury TRIAL DATE: October 5, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Due to an unexpected error on Defendant's phone line, the Court was unable to connect the call. Counsel shall be prepared to discuss an ADR procedure at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 10/3/10

                                                SUSAN ILLSTON
                                                United States District Judge